# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800060

_____

## UNITED STATES OF AMERICA
Appellee

v.

## KENNETH W. STROHLEINBAKER
Hospitalman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E. H. Robinson Jr., USMC.
Convening Authority: Commanding General, 3d Marine Logistics
Group, Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major David Ahn, USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 May 2018

_____

Before MARKS, WOODARD, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court